IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI ANN LIPKER, | ) | |
| | ) | |
| Plaintiff, | ) | 7:14CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for extension of brief date (Filing No. 15).  The Court notes defendant has no objection, and the motion will be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for extension of brief date is granted.  Plaintiff shall have until December 17, 2014, to file her brief.

DATED this 19th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court