IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI ANN LIPKER, | ) | |
| | ) | |
| Plaintiff, | ) | 7:14CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for extension of brief date (Filing No. 17). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for extension of brief date is granted. Plaintiff shall have until January 30, 2015, to file her brief.

DATED this 12th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court