IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LORI ANN LIPKER,                )
                                )
             Plaintiff,         )         7:14CV5010
                                )
        v.                      )
                                )
CAROLYN W. COLVIN, Acting       )         ORDER
Commissioner of the Social      )
Security Administration,        )
                                )
             Defendant.         )
_____)
```

        This matter is before the Court on plaintiff's motion
(entitled "brief") to strike Filing No. 19 as an incorrect
document (Filing No. 20).  The Court finds the motion should be
granted.  Accordingly,

        IT IS ORDERED that plaintiff's motion to strike is
granted; Filing No. 19 is stricken as an incorrect document.

        DATED this 2nd day of February, 2015.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court